# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Siemens Industry, Inc. | ) | ASBCA No. 59897 |
| | ) | |
| Under Contract No. F41689-99-D-0500 | ) | |

APPEARANCE FOR THE APPELLANT:      Steven R. Shamash, Esq.
                                                                      Litigation Counsel

APPEARANCES FOR THE GOVERNMENT:      Lt Col James H. Kennedy III, USAF
                                                                      Air Force Chief Trial Attorney
                                                                      Erika L. Whelan Retta, Esq.
                                                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59897, Appeal of Siemens Industry, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals